**No. 10-10658. Brandon Lee Chandler, Petitioner v. United States.**

564 U.S. 1044, 131 S. Ct. 3078, 180 L. Ed. 2d 899, 2011 U.S. LEXIS 4943.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 395 Fed. Appx. 908.